UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PNC BANK, NATIONAL ASSOCIATION,
successor to RBC Bank (USA), as successor
by merger to Public Bank,

    Plaintiff,

v.                                          Case No.  6:12-cv-856-GKS-TBS

WILLIAM D. BISHOP, III, individually;
JENNIFER G. BISHOP, individually, and
CHRISTOPHER D. SMITH, individually,
jointly and severally,

    Defendants.

_____

## **ORDER**

      This matter comes before the Court sua sponte.  On June 7, 2012, Plaintiff filed an action in federal court against the defendants for breach of contract.  (Doc. 1).  On July 9, 2012, Defendant Christopher D. Smith filed an answer to the complaint and asserted several affirmative defenses.  (Doc. 11).  On July 13, 2012, Defendants William D. Bishop, III and Jennifer G. Bishop did likewise.  (Doc. 15).  A review of the record reveals that Plaintiff filed replies to the affirmative defenses asserted by the defendants, despite not being authorized to do so. (Docs. 14 & 16).

      Federal Rules of Civil Procedure 7(a)(7) and 12(a)(1)(C) provide that a party should only file a reply to an answer after being so ordered by the Court.  A review of the docket shows that no such order has been issued.  Accordingly, the replies (Docs. 14 & 16) are **STRICKEN**.  The Clerk is directed to delete the documents.  Should the

Court require additional briefing on any specific issue, it will direct a subsequent filing on its own order.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Orlando, Florida, on July 18, 2012.

_____
THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel